October 8, 2015

U.S. Court of appeal
40 Foley Sq.
New York, NY 10007

Re: 15-2684

This is a request for a copy of docket sheet # 15-2684.

Thanks for your time

Respectfully

Agron Hasbajrami
65794-053

⇔65794-053⇔
Agron Hasbajrami
Federal Correctional INST
655 Fairton Millville RD
Fairton, NJ 08320
United States

SOUTH JERSEY NJ 080

13 OCT 2015 PM 7 L



⇔65794-053⇔
Us Court Of Appeal
Thurgood Marshall
40 Foley SQ
NEW YORK, NY 10007
United States



1000715030i